UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RYAN TERVEER,<br><br>            Plaintiff,<br><br>    v.<br><br>SHAZAAD, et al.,<br><br>            Defendants. | No.  2:23-cv-3047 CKD P<br><br><br><br>ORDER |

Plaintiff requests leave to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to file an amended complaint is granted.

2. Plaintiff's original complaint is dismissed.

3. Plaintiff is granted 30 days within which to file an amended complaint.  Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated:  September 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
terv3047.lta