UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RYAN TERVEER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAZAAD, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-3047 CKD P<br><br><br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On September 13, 2024, plaintiff's complaint was dismissed with leave to amend.  In that order, plaintiff was warned that failure to file an amended complaint would result in a recommendation that this action be dismissed.  The amended complaint was due on October 14, 2024, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case and IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

/////

and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 23, 2024

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
terv3047.fta