UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RYAN TERVEER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAZAAD, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-3047 DJC CKD P<br><br><br><br>ORDER |

Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and

1 recommendations to be supported by the record and by the Magistrate Judge's analysis.  Further, the Court has considered the factors described in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) and finds that dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed October 24, 2024 are adopted in full; and

2.  This action is dismissed without prejudice; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 9, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE